IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


WELLS FARGO BANK,            )
NATIONAL ASSOCIATION,        )
successor by merger to       )
Wachovia Bank, National      )
Association,                 )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )       2:13cv295-MHT
                             )          (WO)
ELR, LLC, et al.,            )
                             )
    Defendants.              )

JUDGMENT

In accordance with the opinion issued on this date,

it is the ORDER, JUDGMENT, and DECREE of the court as

follows:

(1) Plaintiff Wells Fargo Bank, National Association's

motion for default judgment against defendants ELR, LLC

and Robert A. Pike (doc. no. 15) is granted.

(2) Judgment is entered in favor of plaintiff Wells

Fargo Bank, National Association and against defendants

ELR, LLC and Pike as to counts one, two, and three of

plaintiff Wells Fargo Bank, National Association's complaint.

(3) Plaintiff Wells Fargo Bank, National Association shall recover from defendants ELR, LLC and Pike the sum of $ 372,712.13 plus interest accruing at $ 43.10 per day between September 6, 2013, and the date of this judgment.

(4) Plaintiff Wells Fargo Bank, National Association shall recover from defendants ELR, LLC and Pike the additional sum of $ 14,586.20 as attorneys' fees, court costs, and collection expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, although it is over as to defendants ELR, LLC and Pike.

DONE, this the 2nd day of December, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE