IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, successor by merger to Wachovia Bank, National Association, )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:13cv295-MHT |
| ) | (WO) |
| THOMAS C. ESKRIDGE, )<br>) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment (Doc. No. 20) filed by plaintiff Wells Fargo Bank, National Association (successor by merger to Wachovia Bank, National Association), is granted.

(2) Judgment is entered in favor of plaintiff Wells Fargo Bank, National Association, and against defendant Thomas C. Eskridge.

(3) Plaintiff Wells Fargo Bank, National Association, shall have and recover from defendant Eskridge the sum of $ 399,829.07 in damages, plus prejudgment and postjudgment interest.

It is further ORDERED that costs are taxed against defendant Eskridge, for which execution may issue.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of February, 2014.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE